**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Semaj HOWARD, Petitioner**

**No. 373 WAL 2016**

Supreme Court of Pennsylvania.

January 10, 2017

## ORDER

PER CURIAM

AND NOW, this 10th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Louis Van REESE, Petitioner**

**No. 344 WAL 2016**

Supreme Court of Pennsylvania.

January 10, 2017

## ORDER

PER CURIAM

AND NOW, this 10th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Michael Joseph GROVE, Petitioner**

**No. 353 WAL 2016**

Supreme Court of Pennsylvania.

January 10, 2017

## ORDER

PER CURIAM

AND NOW, this 10th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**